**Deborrah D. BARBEE, Appellant,**

v.

**CENTRAL PARKING SYSTEM, INC., Appellee.**

**No. 09–1056.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 15, 2009.

Filed: Dec. 18, 2009.

Deborrah D. Barbee, St. Louis, MO, pro se.

Kimberly A. Mohr, Bryan & Cave, St. Louis, MO, for Appellant.

Robert J. Golterman, Philip J. Mackey, Lewis & Rice, Russell C. Riggan, Armstrong & Teasdale, St. Louis, MO, for Appellee.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

**PER CURIAM.**

Deborrah Barbee appeals the district court's [1] adverse grant of summary judgment in her employment discrimination action in which she claimed violations of Title VII, the Americans with Disabilities Act, and the Age Discrimination in Employment Act. We carefully reviewed the record and considered Barbee's arguments, and conclude that summary judgment was proper for the reasons explained by the district court. *See Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir.2006) (standard of review).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Terry I. Adelman, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).